AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE MIDDLE District of ALABAMA, EASTERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

V.

TIMOTHY BRANDON PARRISH,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07CV1087-mef

TO: (Name and address of Defendant)

Timothy Brandon Parrish
c/o Dana P. Gentry, Attorney At Law
5009 Riverchase Drive, Suite A
Phenix City, Alabama 36864

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alex L. Holtsford, Jr.
Nix Holtsford Gilliland Higgins & Hitson, P.C.
4001 Carmichael Parkway, Suite 300
P. O. Box 4128 (36103-4128)
Montgomery, Alabama 36106

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

_(signature)_
(By) DEPUTY CLERK

Dec. 14, 2007

DATE

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
  Dana P. Gentry
  Attorney For Defendant

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                      *Signature of Server*

                                       _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.