IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | * * * * | |
| Plaintiff, | * * | |
| vs. | * * | CASE NUMBER: 3:07-cv-1087-MEF |
| TIMOTHY BRANDON PARRISH, | * * | |
| Defendant. | * | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW the Plaintiff, State Farm Mutual Automobile Insurance Company, in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but no trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

| Reportable Entity | Relationship to Party |
|---|---|
| State Farm Group | Parent company |
| State Farm Life Insurance Company | Subsidiary |
| State Farm Life and Accident Assurance Company | Subsidiary |
| State Farm Fire and Casualty Company | Subsidiary |
| State Farm County Mutual Insurance Company of Texas | Subsidiary |
| State Farm Indemnity Company | Subsidiary |
| State Farm Guaranty Insurance Company | Subsidiary |

| | |
|---|---|
| State Farm General Insurance Company | Subsidiary |
| State Farm Florida Insurance Company | Subsidiary |
| State Farm Lloyds | Subsidiary |
| State Farm Bank, F.S.B. | Subsidiary |
| State Farm Investment Management Corp. | Subsidiary |
| Gerald M. Czarnecki | Board of Directors |
| Michael C. Davidson | Board of Directors, Vice Chairman |
| Christopher C. DeMuth | Board of Directors |
| W.H. Knight, Jr. | Board of Directors |
| Judity A. Muhlberg | Board of Directors |
| Susan M. Phillips | Board of Directors |
| Jerry I. Porras | Board of Directors |
| Edward B. Rust, Jr. | Board of Directors, Chairman, CEO |
| James E. Rutrough | Board of Directors, Vice Chairman, CAO |
| Paul T. Stecko | Board of Directors |
| Pamela B. Strobel | Board of Directors |
| Vincent J. Trosino | Board of Directors, President, COO |
| John D. Zeglis | Board of Directors |
| Michael Tipsord | Vice Chairman, Treasurer, CFO |
| John Concklin | Vice President |
| Paul N. Eckley | Senior Vice President |
| David C. Graves | Vice President |
| Donald E. Heltner | Vice President |

| | |
|---|---|
| Brian Boyden | Executive Vice President |
| Willie Brown | Executive Vice President |
| Kim Brunner | Executive Vice President |
| Barbara Cowden | Executive Vice President |
| Bill King Jr. | Executive Vice President |
| Jack North | Executive Vice President |
| Deborah Traskell | Executive Vice President |
| Susan D. Waring | Vice President |

/s/ Alex L. Holtsford., Jr.
ALEX L. HOLTSFORD, JR.  (HOL048)
Attorney For Plaintiff

OF COUNSEL:
NIX HOLTSFORD GILLILAND
   HIGGINS & HITSON, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
Telephone:        (334) 215-8585
Facsimile:         (334) 215-7101

## CERTIFICATE OF SERVICE

I hereby certify that I have this day sent by mail, postage prepaid, an exact copy of the foregoing document to:

Timothy Brandon Parrish
c/o Dana P. Gentry, Attorney at Law
5009 Riverchase Drive, Suite A
Phenix City, Alabama  36864


This the 19th day of December, 2007.

/s/ Alex L. Holtsford, Jr.
OF COUNSEL