UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| STATE FARM MUTUAL | * | |
| AUTOMOBILE INSURANCE | * | |
| COMPANY, | * | CASE NUMBER |
|     Plaintiff, | * | |
| | * | 3: 07CV1087-MEF |
| vs. | * | |
| | * | |
| TIMOTHY BRANDON PARRISH, | * | |
|     Defendant. | * | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Defendant **TIMOTHY BRANDON PARISH**, by and through his attorney of record Dana P. Gentry, and in accordance with the Order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    To the best knowledge of the Defendant's attorney, there are no disclosures to be made with regard to any of the aforementioned reportable entities.

Respectfully submitted this 7th day of January, 2007.

_____
Dana P. Gentry
Attorney for Defendant
Alabama Bar No.: GEN008

## CERTIFICATE OF SERVICE

I do hereby certify that I am counsel for Defendant and that I have this date served the opposing counsel with a copy of the foregoing **CONFLICT DISCLOSURE STATEMENT** by placing same in the U.S. Mail, postage prepaid, addressed as follows:

**HONORABLE ALEX L. HOLTSFORD, JR.
NIX, HOLTSFORD, GILLILAND, HIGGINS & HITSON
P.O. BOX 4128
MONTGOMERY, ALABAMA 36103-4128**

This 7th day of January 2007.

Dana P. Gentry
Attorney for Defendant
Alabama Bar No.: GEN008