IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:07-cv-1087-MEF ) |
| TIMOTHY B. PARRISH | ) ) |
| Defendant. | ) |

**PROPOSED DISCOVERY PLAN**

1.    The parties in this action have conferred in accordance with the *Federal Rules of Civil Procedure* 26(f) and the Court's Order entered in this action. As required by the *Federal Rules of Civil Procedure* and the Court's order, the Parties submit the following Proposed Discovery Plan:

> Alex L. Holtsford, Jr. for the Plaintiff
> Brandy F. Price for the Plaintiff
> Dana P. Gentry for the Defendant

2.    **Pre-Discovery Disclosures:** The parties shall exchange the information required by *Federal Rules of Civil Procedure* 26(a)(1) within twenty (20) days of the Court's Scheduling Conference Order.

3.    **Discovery Plan:** The parties jointly propose to the Court the following Discovery Plan: Discovery will be needed on questions of liability, defenses, injuries, damages and other requested remedies.

The Parties request that the trial of this matter be set in the Spring 2009 civil court term.

Discovery shall be completed by November 17, 2008.

Maximum of 45 interrogatories by each party to any other party. [Responses due 30 days after service.]

Maximum of 45 requests for production by each party to any other party. [Responses due 30 days after service.]

Maximum of 15 requests for admissions by each party to any other party. [Responses due 30 days after service.]

Maximum of 10 depositions by Plaintiff and 10 for Defendants.

Each deposition, other than that of named parties, is limited to a maximum of five hours unless extended by agreement of the parties. Each deposition of the named parties is limited to eight hours, unless modified by agreement of the parties.

Reports and complete *curriculum vitae* from experts expected to be used at trial under Rule 26(a)(2) due form Plaintiff by September 15, 2008 and from Defendants by September 29, 2008. Each party shall make all such experts available for deposition no later than five weeks from disclosure.

4.  **Other Items:**

The parties do not request a conference with the Court before entry of the Scheduling/Discovery Order.

The parties request a Pre-Trial Conference after March 2, 2009, with sufficient time for the Court to consider dispositive motions filed by December 9, 2008. All potential dispositive motions should be filed within 90 days before the Pre-Trial Conference.

Final lists of witnesses Under Rule 26(a)(3) should be due from all parties six weeks before the Pre-Trial Conference and the parties may seek leave of Court to depose any witness previously identified.

Final lists of exhibits under Rule 26(a) (3) should be due from the parties four weeks before the trial date and all such exhibits shall be made available to opposing counsel immediately upon request.

Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial following resolution of any dispositive motions, and is expected to take two days to try.

Respectfully submitted this the 8th day of February, 2008.

| s/Alex L. Holtsford, Jr. | s/Dana Gentry |
|---|---|
| Alex L. Holtsford, Jr. (ASB-9586-D62A) | Dana Gentry (GEN008) |
| Counsel for Defendant Progressive Specialty Insurance Company | 5009 Riverchase Drive |
| | Building 300, Suite A |
| *Nix, Holtsford, Gilliland, Higgins & Hitson, P. C.* | Phenix City, Alabama  36867 |
| | 334-297-5640 (phone) |
| Post Office Box 4128 | 334-297-5924 (facsimile) |
| Montgomery, Alabama 36103-4128 | dana@danagentry.com |
| 334-215-8585 | |
| 334-215-7101 - Facsimile | |
| aholtsford@nixholtsford.com | |