IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:07-cv-1087-MEF ) |
| TIMOTHY B. PARRISH | ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

COME NOW all parties to this matter and stipulate that the entirety of this case has been settled, by compromise settlement, and is due to be dismissed, with prejudice, with each party to bear his or her own costs and expenses.

_____
DANA GENTRY
Attorney For Defendant

OF COUNSEL:
5009 Riverchase Drive
Building 300, Suite A
Phenix City, Alabama 36867
Telephone:      (334) 297-5640
Facsimile:      (334) 297-5924

_____
ALEX L. HOLTSFORD, JR.  (HOL048)
Attorney For Plaintiff

OF COUNSEL:
NIX HOLTSFORD GILLILAND
   HIGGINS & HITSON, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
Telephone:      (334) 215-8585
Facsimile:      (334) 215-7101